UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOHNNY GUAYLUPO,

                Plaintiff,                21 **CIVIL** 3993 (MKV)

   -against-                **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 20, 2022, the Report and Recommendation is adopted in its entirety and the case is remanded for further proceedings consistent with the Report and Recommendation.

**Dated:** New York, New York
       September 21, 2022

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**
                          **BY:**    *K. Mango*

                                                      **Deputy Clerk**