UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JOHNNY GUAYLUPO,

                         Plaintiff,            21-CV-03993 (MKV)(SN)

      -against-                                      <u>ORDER</u>

COMMISSIONER OF SOCIAL SECURITY,

                       Defendant.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In light of the Government's position with respect to Plaintiff's fee motion, ECF No. 40, and the Court's independent review of the same, the Court directs the parties to prepare a proposed order granting the relief sought to be signed by District Judge Mary Kay Vyskocil that is consistent with the concerns raised in the Government's letter.

**SO ORDERED.**

                                                               _____
                                                               SARAH NETBURN
                                                               United States Magistrate Judge

DATED:     New York, New York
               November 2, 2023