USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHNNY GUAYLUPO

                              Plaintiff,                    1:21-cv-03993-MKV-SN

              v.                                            **ORDER**

COMMISSIONER OF SOCIAL
SECURITY,
                              Defendant.

Upon consideration of Plaintiff's petition for attorney's fees under 42 U.S.C. § 406(b), and Defendant's response, it is this __21_ day of __December__, 2023, by the United States District Court for the Southern District of New York,

ORDERED that Plaintiff's counsel, Howard D. Olinsky, Esq., is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the amount of $7,518.75 (or 25% of Plaintiff's past-due benefits, whichever is less).  Plaintiff's counsel will reimburse Plaintiff any fees he previously received under the Equal Access Justice Act (EAJA), 28 U.S.C. § 2412.

_Mary Kay Vyskocil_
HON. MARY KAY VYSKOCIL
United States District Judge

**Dated:** December 21, 2023